UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Johnathan Damarkos Pulley** **Docket No. 5:24-CR-44-4D**

**Petition for Action on Supervised Release**

COMES NOW Andrew B. Medley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Johnathan Damarkos Pulley, who, upon an earlier plea of guilty to Count 1 - Conspiracy to Distribute and Possession With Intent to Distribute a Quantity of Cocaine, a Quantity of Cocaine Base (Crack), and a Quantity of Methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C), and Count 12 - Possession With Intent to Distribute a Quantity of Cocaine, a Quantity of Cocaine Base (Crack), and a Quantity of Marijuana, in violation of 21 U.S.C. §§ 841(a)(l) and 841(b)(l)(C), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on October 22, 2024, to the custody of the Bureau of Prisons for a term of 36 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Pursuant to an Executive Grant of Clemency, Johnathan Damarkos Pulley was released from custody on February 14, 2025, at which time the term of supervised release commenced.

On August 14, 2025, a Petition for Action was approved by the court modifying the conditions of supervised release to include participation in a cognitive behavioral program.

On May 11, 2026, a Petition for Action was approved by the court continuing the defendant on supervision and outlining the standard, mandatory, and special conditions of supervision with which the defendant is required to comply.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 19, February 11, and August 4, 2026, the defendant tested positive for cocaine. Laboratory confirmation reports verified the positive results. The undersigned probation officer verbally reprimanded the defendant for his continued drug use. The defendant accepted responsibility for his conduct and expressed a willingness to participate in substance abuse treatment services and mental health counseling. The defendant was successfully discharged from substance abuse counseling in July 2026 and has been re-referred for participation in treatment. He has also completed the cognitive behavioral program and has expressed an understanding of how his choices influence his behaviors and the outcomes of his decision-making. The Probation Office will continue to monitor the defendant's recovery efforts, and supervision contacts will be increased. As a sanction for the violation conduct, it is recommended that the conditions of supervised release be amended to include a curfew with location monitoring. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ John Seth Coleman
John Seth Coleman
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Andrew B. Medley
Andrew B. Medley
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 984-212-1689
Executed On: August 24, 2026

**ORDER OF THE COURT**

Considered and ordered this 25 day of August, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
United States District Judge