UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Johnathan Damarkos Pulley** **Docket No. 5:24-CR-44-4D**

**Petition for Action on Supervised Release**

COMES NOW Andrew B. Medley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Johnathan Damarkos Pulley, who, upon an earlier plea of guilty to Count 1 - Conspiracy to Distribute and Possession With Intent to Distribute a Quantity of Cocaine, a Quantity of Cocaine Base (Crack), and a Quantity of Methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C), and Count 12 - Possession With Intent to Distribute a Quantity of Cocaine, a Quantity of Cocaine Base (Crack), and a Quantity of Marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on October 22, 2024, to the custody of the Bureau of Prisons for a term of 36 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Pursuant to an Executive Grant of Clemency, Johnathan Damarkos Pulley was released from custody on February 14, 2025, at which time the term of supervised release commenced.

On August 14, 2025, a Petition for Action was approved by the court modifying the conditions of supervised release to include participation in a cognitive behavioral program.

On May 11, 2026, a Petition for Action was approved by the court continuing the defendant on supervision and outlining the standard, mandatory, and special conditions of supervision with which the defendant is required to comply.

On August 25, 2026, a Petition for Action was approved by the court modifying the conditions of supervised release to include participation in Location Monitoring with a curfew for a period of 60 days.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 29, 2026, the defendant tested positive for cocaine. Laboratory confirmation reports verified the positive results. The undersigned probation officer verbally reprimanded the defendant for his continued drug use. The defendant accepted responsibility for his conduct and expressed a willingness to participate in substance abuse treatment services. The defendant is actively engaged in substance abuse treatment where he is scheduled to begin group substance abuse counseling sessions. The clinician is supportive of the proposed plan to continue working towards sobriety. The defendant provides drug screens appropriately and is honest about instances of use.

Pursuant to 18 U.S.C. § 3583(d), the court shall consider whether the availability of appropriate substance abuse treatment programs, or a person's current or past participation in such programs, warrants an exception to 18 U.S.C. § 3583(g)(4) when considering any action against a defendant who fails a drug test while on supervised release. As Johnathan Pulley is actively engaged in a treatment program, and considering 18 U.S.C. § 3583(d), the probation office respectively recommends the defendant be permitted to continue supervision in lieu of revocation at this time. In response to his continued substance use, a 60-day term of home detention with location monitoring is suggested. Any subsequent substance use will be reported to the court.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of supervised release be modified as follows:

1. The defendant shall adhere to Home Detention for a period of 60 days. The defendant is restricted to his residence at all times with an exception for employment purposes, medical needs, or treatment services. All leave must be pre-approved by the probation office. The defendant shall submit to Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.
2. The remaining term of the original 60 days of curfew with Location Monitoring is hereby removed from the conditions of supervision.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ John Seth Coleman
John Seth Coleman
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Andrew B. Medley
Andrew B. Medley
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 984-212-1689
Executed On: October 6, 2026

## ORDER OF THE COURT

Considered and ordered this 7 day of October, 2026, and ordered filed and made a part of the records in the above case.

J. Dever
James C. Dever III
United States District Judge