UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CR-00044-D-RN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHNATHAN DAMARKOS PULLEY | **ORDER TO SEAL** |

On motion of the Defendant, Johnathan Damarkos Pulley, and for good cause shown, it is hereby ORDERED that **DE 469** and **DE 470** be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This 5 day of November, 2026.

JAMES C. DEVER III
United States District Judge